UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| (1) RAUGHN WILLIAMS, a/k/a "Pancho," | ) | Criminal No. 26-cr-10147-MJJ |
| (2) CHAMPION BROWN, a/k/a "Champ," | ) | |
| (3) WILLIAM BROWN, a/k/a "EBK," | ) | |
| (4) MYLES KING, a/k/a "Mizzie Cash," | ) | |
| (5) HUSNAIN AKRAM, a/k/a "Frenchy," | ) | |
| (6) JILLIAN KARABELLO, and | ) | |
| (7) JUNIOR JEAN LOUIS, a/k/a "Jiggy," | ) | |
| | ) | |
| Defendants | ) | |

GOVERNMENT'S MOTION TO UNSEAL
INDICTMENT

The United States of America hereby moves this Court to direct that the indictment be

unsealed.  In support of this motion, the government states that the defendants were arrested on

May 7, 2026, and that there is no further reason to keep the indictment secret.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ John T. Dawley, Jr.*
John T. Dawley, Jr.
David Cutshall
Peter K. Levitt
Assistant U.S. Attorneys

Date: May 7, 2026