## <u>DETENTION AFFIDAVIT OF SPECIAL AGENT JOHN CHRISTENSEN</u>

I, John Christensen, being duly sworn, depose and state as follows:

## I.  INTRODUCTION

1.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF").  I have been employed by the ATF for approximately six years.  I am currently assigned to work with other federal, state, and local law enforcement agencies in a task force effort focusing on federal firearms, explosives, and controlled substance violations.  Based on my training and experience as an ATF special agent, I am familiar with federal firearms and narcotics laws.  I have conducted and been involved in many gang, firearm and drug-related investigations, arrests, seizures, undercover operations, and search warrants. I have participated in the drafting and execution of numerous search warrants, and have debriefed hundreds of witnesses regarding gang, firearm, and narcotics trafficking activities to include the day-to-day operation of those criminal organizations.

2.      I am submitting this affidavit in support of the government's motion that the following defendants be detained pending trial:  **RAUGHN WILLIAMS, A/K/A "PANCHO;" CHAMPION BROWN, A/K/A "CHAMP;" WILLIAM BROWN, A/K/A "EBK;" HUSNAIN AKRAM, A/K/A "FRENCHY;" MYLES KING, A/K/A "MIZZIE CASH;" JUNIOR JEAN LOUIS, A/K/A "JIGGY, "** and **MALACHI MARTINS** (hereinafter, collectively referred to as the "Targets").  Six of the Targets have been charged in <u>United States v. Raughn Williams, a/k/a "Pancho;" et al.</u>; Cr. No. 26-cr-10147-MJJ, and the seventh (**MALACHI MARTINS**) has been charged by federal Criminal Complaint, in connection with an approximately seven-month federal, state and local investigation resulting in controlled buys of numerous guns, fentanyl, and crack cocaine from the Targets, and the

execution of federal search warrants at residences connected with the Targets.

## II.  BACKGROUND

3.      In 2015, the United States Attorney's Office charged 48 leaders, members and associates of the Columbia Point Dawgs (CPD), also known as "the Point," after a two-year investigation by federal, state and local law enforcement partners.[1]  The Point, at the time, was Boston's largest and most influential city-wide gang.  The gang was originally based out of the Columbia Point Housing Development (now Harbor Point) and, over the years, became a dominant presence throughout the city in the gang drug distribution and firearm trafficking business.  CPD expanded its drug trafficking business through southern MA, establishing strongholds in Brockton and Fall River, Southern NH, and Southern ME.  The gang was largely run by four families, all of which had descendants among the targets in the CPD investigation: the Williams family, the Woods family, the Berry family, and the Funches family.

4.      The takedown of CPD caused a significant reduction of crime -- particularly shootings, and drug and firearm trafficking -- in the Boston areas typically dominated by CPD. With its diminished numbers and leadership, the name CPD no longer carried the weight in gang circles that it once did.  The remaining members of CPD became isolated and lacked the protection they once had.  Based on intelligence sources and our investigation, agents determined that some prominent remaining members of CPD affiliated themselves with another Boston gang, Johnston Road.  Together, the members of these gangs formed an alliance that gave them protection, status and a network for selling drugs and guns.  The Targets of this investigation are members or associates of CPD and Johnston Road operating in Boston,

---

[1] https://www.justice.gov/usao-ma/pr/forty-eight-columbia-point-dawgs-charged-federal-sweep

Brockton, Randolph, and other parts of Southeastern Massachusetts.

### III.  THE TARGETS OF THE INVESTIGATION

5.      Based on intelligence sources and our investigation, agents determined that leaders, members, and associates of CPD and Johnston Road work together to sell drugs and guns to gang members and others throughout Boston, Brockton, Randolph, and other parts of Southeastern Massachusetts.  **RAUGHN WILLIAMS** is at the epicenter of this activity, connecting the various Targets from the different gangs.  For example, during the investigation **WILLIAMS**, a member of Johnston Road, sold drugs with **MYLES KING,** who is also a member of Johnston Road, and his drug trafficking associate, **HUSNAIN AKRAM**; **WILLIAMS** also sold firearms with **CHAMPION BROWN** (“**C. BROWN**”) and **WILLIAM BROWN** (“**W. BROWN**”), both of whom are members of CPD.  In general, **WILLIAMS, KING,** and **AKRAM**, and others, are actively supplying Massachusetts communities with large quantities of fentanyl and crack cocaine, while at the same time **WILLIAMS**, **C. BROWN,** and **W. BROWN** are trafficking various types of firearms, including AK-style assault rifles and machinegun conversion devices (MCDs).  **MALACHI MARTINS** was identified as an associate of **RAUGHN WILLIAMS**.

6.      In approximately seven months, agents made controlled buys of 18 firearms, over 300 grams of powdered fentanyl, approximately 62 grams of fentanyl pressed pills, and approximately 175 grams of crack cocaine.  The following firearms were seized during controlled buys in this investigation.

> i.      a Glock 26 Pistol, serial number BCEF146 (1/20/2026);[2]
>
> ii.      a Glock 23 Pistol, serial number FLY899 (1/21/2026);

---

[2] This date denotes the date of the controlled buy.

iii.    a German Sports Guns GSG-522 (American Tactical) .22LR HV rifle, serial number A523366 (2/2/2026);

iv.    a Colt AR-15A3, .223 caliber rifle, serial number LBD001908 (2/2/2026);

v.    a CZ Scorpion, EVO 3 S1 9mm assault rifle, serial number F078022 (2/3/2026);

vi.    a German Sports Guns GSG-16 (American Tactical) .22LR HV, serial number A804481 (2/3/2026);

vii.    a Umarex Sportwaffen GMBH & Co. KG, Model HK MP5, .22 caliber rifle, serial number HD088347 (2/11/2026);

viii.    a Walther Colt M4 Carbine, .22 caliber rifle, serial number WJ014562 (2/11/2026);

ix.    a Springfield Armory, Geneseo, IL M1A, 7.62 caliber rifle, serial number 200524 (2/11/2026);

x.    a Glock 19, Gen4, serial number ZGB991 (2/18/2026);

xi.    a .300 Blackout AR-styled pistol (2/18/2026);

xii.    a Norinco SKS Sporter rifle, serial number 12159527 (2/18/2026);

xiii.    a Russian SKS, 7.62 caliber rifle, serial number CCCP45091 (3/20/2026);

xiv.    a Glock 21, .45 caliber pistol, serial number EUZ313US (4/15/2026);

xv.    a Black Rain Ordnance Spec 15, .556 caliber rifle, serial number SM046162 (4/15/2026);

xvi.    a Romarm Cugir SAR-1, 7.62 caliber AK-style rifle, serial number S1-1387-99 (4/15/2026);

xvii.    a Glock 30S .45 caliber pistol, with an obliterated serial number, with a suspected machine gun conversion device attached (4/21/2026); and

xviii.    a Smith & Wesson M&P 15, .556 caliber rifle serial number TT35829 (4/21/2026).[3]

---

[3] Photographs of the firearms seized during this investigation are attached as Exhibit A.

9.      The following is a list of the Targets together with a brief synopsis of their role in the investigation and information regarding their gang association and their involvement in the drug and gun trafficking operations.  Information set forth below comes from sources I consider to be reliable including, among other things, what the Targets did and said over the course of the investigation.

10.     Some of the buys in this case were made by an undercover ATF Special Agent ("UC-1").  Some of the buys were made by a cooperating witness working with the ATF ("CW-1").  Prior to each of the charged buys in this case involving CW-1, agents first searched CW-1 and its car for money or contraband, provided CW-1 with an audio/video recording device and monitor, and provided CW-1 with a set amount of Official Government Currency ("OGC") to make the purchase.  After each of the buys, agents searched CW-1 and its car, and retrieved any unused OGC, the guns and/or drugs, and tapes.  CW-1 was surveilled by agents during the course of the buys.  The charged buys with UC-1 were also recorded on audio/video tape, and UC-1 was surveilled by agents during the course of the buys.[4]

A.      **RAUGHN WILLIAMS, A/K/A "PANCHO"**

11.     **RAUGHN WILLIAMS ("WILLIAMS")** is a member of Boston-based gang Johnston Road.  **WILLIAMS** has a 2021 Massachusetts federal conviction for being a felon in possession of a firearm. He was sentenced to 48 months imprisonment and released from federal custody in October 2024. He is currently on federal supervised release. In 2016,

---

[4] CW-1 has a criminal record for, among other things, illegal gun possession and is currently facing federal gun charges.  CW-1 is providing information to law enforcement in the hope that the government will bring its cooperation to the attention of the federal court at sentencing and that will result in a reduced sentence.  Agents have advised CW-1 that they will take steps necessary to protect CW-1 and its family.  The government has paid CW-1 in connection with its cooperation in this investigation.

**WILLIAMS** was sentenced to two years in jail for convictions in BMC Dorchester for carrying a loaded firearm without a license and assault with a dangerous weapon.

12.     While on supervised release, **WILLIAMS** was running a gun trafficking operation and separately, a drug distribution business, where **WILLIAMS** is the epicenter for almost every drug and gun buy made through controlled purchases by UC-1 and CW-1 in locations in Boston and the surrounding area to include Somerville, Brockton, Randolph, Easton, Weymouth, and Cape Cod, MA.

13.     Throughout this investigation, **WILLIAMS** and his associates conducted ten drug buys, selling over 300 grams of powder fentanyl, 507 fentanyl pills, and 175 grams of crack cocaine to UC-1 and CW-1.  **WILLIAMS** also conducted seven gun buys, totaling 13 guns sold to UC-1 and CW-1, including several magazines and over a hundred rounds of assorted caliber ammunition.  Below is a photo of two rifles UC-1 bought from **WILLIAMS** in Dorchester, MA on February 2, 2026, along with a magazine containing 23 rounds of .22 caliber ammunition.



**B.      CHAMPION BROWN, A/K/A "CHAMP"**

14.      **CHAMPION BROWN ("C. BROWN")** is a member of the Columbia Point Dawgs.  **C. BROWN**'s criminal history includes a March 2025 Suffolk superior court conviction for armed robbery, and he is currently on probation for this offense until March 2027. **C. BROWN** was also convicted of larceny in New Hampshire in 2025 and received a 1 year suspended sentence and two years' probation.

15.      During the investigation, we determined that **C. BROWN** supplies guns to **WILLIAMS** for street-level sales.  In the past four months, **C. BROWN** provided at least five of the guns that **WILLIAMS** sold to CW-1 and UC-1, including a Glock 23, .40 caliber pistol; a Umarex Sportwaffen GMBH & Co. KG, Model HK MP5 .22 caliber rifle; a Walther, Colt M4 Carbine .22 caliber rifle; a Springfield Armory Model M1A, 7.62 caliber rifle; and a Russian SKS 7.62 caliber rifle.  All of these gun buys occurred in Dorchester, MA, and **C. BROWN** was frequently present in the area of the buy.  Below is a photo of three rifles and ammunition purchased during one such buy on February 11, 2026, where **WILLIAMS** and **C. BROWN** left **C. BROWN**'s residence together and drove together to meet UC-1, and **WILLIAMS** got out of the car and into UC-1's car with the guns to make the deal and then left with **C. BROWN**.



16.     On February 3, 2026, **WILLIAMS** sold UC-1 a CZ Scorpion assault rifle-pistol and a German Sports Guns GSG-16 (American Tactical) rifle.  UC-1 paid **WILLIAMS** $500 less than the agreed-upon purchase price.  Following the buy, **WILLIAMS** called UC-1 on a video chat about the shortfall.  During the call, **C. BROWN** appeared on the video screen and told UC-1 to "make it right" because UC-1 was cutting into **WILLIAMS**'s share of the profits. **WILLIAMS** texted UC-1 after the call and said, "Yea $300 of thats is bro shit," which I understand to mean that **C. BROWN** received a portion of the buy proceeds.

17.     On May 7, 2026, agents executed a federal search warrant at **C. BROWN**'s apartment.  **C. BROWN** was present in the apartment.  Inside his apartment agents seized approximately 21 machinegun conversion devices ("MCDs") and five firearms.  Two of the firearms were AR-style pistols.  MCDs are commonly referred to as "switches."  Two of the firearms had obliterated serial numbers, and one of those firearms had a switch attached to it.  A switch or MCD is designed to convert a semi-automatic pistol into a fully automatic machinegun, capable of firing all rounds in a magazine with a single pull of the trigger.  The device typically attaches to the rear of a pistol's slide, defeating the mechanism that limits firing to one round per trigger pull.  In 2026, the Hartford, Connecticut, police department reported recent shootings involving switches where over 100 shots were fired in seconds.  The Hartford police noted a correlation between the large number of switches seized and an increase in the number of shooting victims.  Pistols equipped with switches are difficult to control because they are not manufactured to support fully automatic gunfire, and the use of switches therefore increases the danger to the public of being shot.

### C.   WILLIAM BROWN, A/K/A "EBK"

18.   **WILLIAM BROWN ("W. BROWN")** is a member of the Columbia Point Dawgs. **W. BROWN** has an active bench warrant for a 2015 case out of Troy district court in Troy, New York, which was issued after he failed to appear for sentencing after pleading guilty to resisting arrest, disorderly conduct, harassment, and obstructing a government official.

19.   During the investigation, agents learned that **W. BROWN** is the brother of **C. BROWN** and is a gun and drug supplier. On April 9, 2026, **W. BROWN** and **WILLIAMS** sold a half kilogram of supposed fentanyl to UC-1.[5] On other occasions, **W. BROWN** sold UC-1 a total of five guns and five machinegun conversion devices (MCDs) at a location in Dorchester, MA. During the half kilogram drug buy on April 9, 2026, **WILLIAMS** and **W. BROWN** discussed the fact that they could easily get more guns for UC-1. **W. BROWN** told UC-1, "bro, we could always have shit" . . . "I could have ten things ready for you, I could have three things ready for you" . . ."give me a couple of days and tell me how much poles you looking to grab." When UC-1 asked how many he could acquire, **W. BROWN** responded, "I can touch anything." Based on my training and experience, I know that **WILLIAMS** and **W. BROWN** were referring to their ability to obtain as many guns of different varieties as UC-1 desired.

20.   Less than a week later, on April 15, 2026, **W. BROWN** sold three firearms to UC-1, including a Glock 21 .45 caliber pistol; a Black Rain Ordnance Spec 15, .556 caliber rifle; and a Romarm/Cugir SAR-1, 7.62 AK-47 style rifle. On April 21, 2026, UC-1 bought two additional guns from **W. BROWN**, including a Glock 30S .45 caliber pistol with an obliterated

---

[5] The powder was later tested by the DEA laboratory, which found that there were no controlled substances detected.

serial number and a machinegun conversion device attached; four additional MCDs; and a Smith & Wesson model M&P15 5.56 caliber rifle (pictured below).

 

S&W MP15 AR-style rifle                Glock 30S .45 caliber pistol, with MCDs

### D.    HUSNAIN AKRAM, A/K/A "FRENCHY"

21.    **HUSNAIN AKRAM ("AKRAM")** is a drug trafficking associate of **MYLES KING**, and both are members of a group called Self-Made. **AKRAM** supplies drugs to **WILLIAMS** and **KING** and also sells drugs with **KING**. **AKRAM** is known for having kilogram quantities of drugs for sale. **AKRAM** and **KING** conduct some of their drug trafficking business on or around Cape Cod, MA.

22.    During the investigation, agents learned that **AKRAM** supplies **WILLIAMS** with crack cocaine and fentanyl. On October 28, 2025, **AKRAM** drove **WILLIAMS** in a rental car to a drug buy near **AKRAM**'s residence in Easton, MA, where **WILLIAMS** sold approximately 103 grams of fentanyl to UC-1. Agents learned that **AKRAM** would "front" narcotics to **WILLIAMS**, so that **WILLIAMS** could sell the bulk of the drugs and keep a smaller quantity for free.

23.    **AKRAM** also supplied **KING** with crack cocaine. Before **KING** sold 59 grams of crack cocaine to CW-1 on March 27, 2026, **KING** told CW-1 that he (**KING**) needed to get the crack cocaine from **AKRAM**. Agents also learned that **KING** and **AKRAM** used the same driver to deliver narcotics to their customers. On March 7, 2026, agents executed a federal

10

search warrant at **AKRAM's** residence and seized over a kilogram of fentanyl.

### E.     MYLES KING, A/K/A "MIZZIE CASH"

24.     **MYLES KING ("KING")** is a member of the Johnston Road gang and a member of the group Self-Made. **KING** is on pre-trial release for a 2021 murder case out of Norfolk superior court. In 2021, **KING** was charged with the murder of Victim 1. Reports allege that **KING** shot Victim 1 in front of Victim 1's home shortly after Victim 1 arrived there on a moped. In 2019, police arrested **KING** while he was sitting in a stolen car with a loaded gun outside of Victim 1's home, resulting in **KING** being charged with possession of a large capacity weapon, carrying a firearm with ammunition without a license, and receiving stolen property. Both cases are currently pending in Norfolk superior court while **KING** remains on pre-trial release.

25.     When **KING** was released from jail, members of Self-Made picked up **KING** from jail in a sprinter van and provided **KING** with $20,000 in cash. **KING** maintains an Instagram account ("mizziecash617") and a YouTube channel (Mizzie Ca$h) where he has posted photos and videos depicting this event,[6] as well as other posts flashing cash and numerous firearms.[7]

---

[6] This is a YouTube video titled "Mizzie Ca$h – First Day Out" that was posted on **KING**'s YouTube channel following **KING**'s pre-trial release in June 2025. https://www.youtube.com/watch?v=-xE0aghmrwI

[7] This is a YouTube video titled "Mizzie Cash – AirBNB" featuring **KING** and others flashing numerous firearms, originally posted in 2021. The video's description states, "All firearms look alikes [sic] are props". Based on my training and experience, the firearms appear to be real. https://www.youtube.com/watch?v=QETFObiTdaM&list=RDk78a_HdysS8&index=2

11



KING holding a stack of cash in the sprinter van the day of his release from jail in June 2025



A screenshot from a YouTube music video "Mizzie Cash -AirBNB" posted in 2021 with **KING** and others showing multiple firearms.

26.    **KING** and **WILLIAMS** were cellmates when they were both incarcerated at Plymouth County Correctional Facility.  **KING** and **AKRAM** previously lived in the same apartment complex in Easton, MA.  **KING** and **AKRAM** have both conspired with **WILLIAMS** in selling fentanyl and crack cocaine to the UC on numerous occasions.

27.    Throughout the investigation, **KING** sold over 175 grams of crack cocaine to CW-1.  After arranging the drug buys through **WILLIAMS**, CW-1 would meet with **KING** to

buy the drugs, or **KING** or he would send a "runner," known as **"JIGGY,"** to complete the drug buy.  **KING** told CW-1 that **"JIGGY"** worked for him and **AKRAM**.

28.     During a buy on March 11, 2026, when **KING** sold CW-1 57 grams of crack cocaine and 3 grams of fentanyl, **KING** told CW-1, "I got everything you need, help me, help you type shit . . . I want to make money with you, not off you." **KING** then stated, "you think you can blend that shit?" referring to the 3 grams of fentanyl **KING** just sold CW-1.

### F.     JUNIOR JEAN LOUIS, a/k/a "JIGGY"

29.     **JUNIOR JEAN LOUIS ("LOUIS")** works as a runner for **KING** and **AKRAM**.  When CW-1 was arranging a buy with **KING** on March 26, 2026, **KING** stated he was sending his driver to meet **"FRENCHY" (AKRAM)** to obtain the crack cocaine to sell to CW-1. **KING** explained to CW-1 that his driver could meet him to complete the drug buy.  The next day, **LOUIS** met CW-1 in Weymouth, MA, to complete the drug buy.  During the drug transaction, **LOUIS** told CW-1 his name was **"JIGGY"** and told CW-1 to hit **"MIZZIE" (KING)**.  Shortly after the buy, agents surveilled both **LOUIS** and **KING** and observed them travel to a 7-Eleven parking lot near **KING**'s residence in Weymouth, MA.

### G.     MALACHI MARTINS

30.     **MALACHI MARTINS ("MARTINS")** is an associate of **WILLIAMS**. **MARTINS** is a convicted felon with a federal firearms conviction out of Maine in 2022 that resulted in a 24-month prison sentence with 36 months supervised release.  **MARTINS** is currently on federal supervised release.  **MARTINS** also has a 2023 conviction for possession with intent to distribute a Class A controlled substance (fentanyl) out of Plymouth superior court and was sentenced to 3 years to 3 years and 1 day in state prison.  In 2023, **MARTINS** was convicted of intimidation in Taunton district court and received a sentence of 60 days.  On

13

May 7, 2026, agents executed a federal search warrant at **MARTINS**'s residence and seized a unserialized firearm (also known as a "ghost gun") loaded with six rounds of 9mm ammunition, as well as two additional magazines and a loose round of ammunition.  **MARTINS** was charged in federal court in Boston with being a felon in possession of ammunition.

15

## IV.  Conclusion

31.    For the forgoing reasons, each of the Targets should be detained pending trial.


Signed under the pain and penalties of perjury this 7th day of May 2026.


/s/ John Christensen
John Christensen
Special Agent, Bureau of Alcohol, Tobacco,
Firearms and Explosives

# EXHIBIT A










