UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 1:26-CR-10147-MJJ |
| | ) | |
| (1) RAUGN WILLIAMS, a/k/a "Pancho," | ) | |
| (2) CHAMPION BROWN, a/k/a "Champ," | ) | |
| (3) WILLIAM BROWN, a/k/a "EBK," | ) | |
| (4) MYLES KING, a/k/a "Mizzie Cash," | ) | |
| (5) HUSNAIN AKRAM, a/k/a "Frenchy," | ) | |
| (6) JILLIAN KARABELLO, and | ) | |
| (7) JUNIOR JEAN LOUIS, a/k/a "Jiggy," | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE TO THE COURT REGARDING FORFEITURE**

The United States of America, by its attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, hereby gives notice to the Court that it will not seek criminal forfeiture of the following assets identified in the Indictment, because the the following assets have been determined to have been obtained by the Bureau of Alcohol, Tobacco and Explosives (ATF) through controlled purchases, rendering forfeiture of the assets unnecessary.

1. One Glock 26 9mm pistol, bearing serial number BCEF146, seized in Randolph, MA, on January 20, 2026;
2. One magazine containing 12 rounds of 9mm ammunition, seized in Randolph, MA, on January 20, 2026;
3. One Glock 23 .40 caliber pistol, bearing serial number FLY899, seized in Boston, MA on January 21, 2026;
4. One magazine containing six rounds of .40 caliber ammunition, seized in Boston, MA on January 21, 2026;
5. One German Sports Guns GSG-522 American Tactical .22LR HV rifle, bearing serial number A523366, seized in Boston, MA on February 2, 2026;
6. One magazine containing 24 rounds of ,22 caliber ammunition, seized in Boston, MA on February 2, 2026;
7. One Colt AR-1513 .223 caliber rifle, bearing serial number LBD001908, seized in Boston, MA on February 2, 2026;

8. One CZ Scorpion EVO 3 S1 9mm rifle-pistol, bearing serial number F078022, seized in Boston, MA on February 3, 2026;
9. One magazine containing 14 rounds of 9mm ammunition, seized in Boston, MA, on February 3, 2026;
10. One German Sports Guns GSG-16 American Tactical .22LR HV rifle, bearing serial number A804481, seized in Boston, MA, on February 3, 2026;
11. One magazine containing 10 rounds of .22 caliber ammunition, seized in Boston, MA on February 3, 2026;
12. One magazine containing 25 rounds of .223 caliber ammunition, seized in Boston, MA, on February 3, 2026;
13. One Umarex Sportwaffen GMBH & Co. HK MP5 .22 caliber rifle, bearing serial number HD088347, seized in Boston, MA on February 11, 2026;
14. One magazine containing 10 rounds of .22 caliber ammunition, seized in Boston, MA on February 11, 2026;
15. One Walther Colt M4 .22 caliber rifle, bearing serial number WJ014562, seized in Boston, MA on February 11, 2026;
16. one Springfield Armory M1A 7.62 caliber rifle, bearing serial number 200524, seized in Boston, MA, on February 11, 2026;
17. one magazine containing five rounds of 7.62mm ammunition, seized in Boston, MA, on February 11, 2026;
18. one magazine containing 12 rounds of 9mm ammunition, seized in Boston, MA on February 11, 2026;
19. one Glock 19 9mm pistol, bearing serial number ZGB991, seized in Boston, MA, on February 18, 2026;
20. one magazine containing three rounds of 9mm ammunition, seized in Boston, MA, on February 18, 2026;
21. one .300 blackout caliber rifle-pistol, seized in Boston, MA, on February 18, 2026;
22. one magazine containing four rounds of 7.62mm ammunition, seized in Boston, MA, on February 18, 2026;
23. one Norinco SKS Sporter rifle, bearing serial number 12159527, seized in Boston, MA, on February 18, 2026;
24. one Russian SKS 7.62 caliber rifle, bearing serial number CCCP4509, seized in Boston, MA, on March 20, 2026;
25. 51 rounds of 7.62mm ammunition, seized in Boston, MA, on March 20, 2026;
26. One unfinished lower receiver, seized in Boston, MA on March 20, 2026;
27. One Glock 21 .45 caliber pistol, bearing serial number EUZ313US, seized in Boston, MA on April 15, 2026;
28. One magazine containing three rounds of .45 caliber ammunition, seized in Boston, MA on April 15, 2026;
29. One Black Rain Ordnance Spec 15 5.56 caliber rifle, bearing serial number SM046162, seized in Boston, MA, on April 15, 2026;
30. One magazine containing five rounds of 5.56mm ammunition;

31. One ROMARM Cugir SAR-1 7.62 caliber rifle, bearing serial number S110387-99, seized in Boston, MA, on April 15, 2026;
32. One magazine containing eight rounds of 7.62mm ammunition, seized in Boston, MA, on April 15, 2026;
33. One Glock 30S .45 caliber pistol, with an obliterated serial number, seized in Boston, MA, on April 12, 2026;
34. One magazine containing five rounds of .45 caliber ammunition, seized in Boston, MA, on April 21, 2026; and
35. One Smith & Wesson M&P-15 5.56 caliber rifle, seized in Boston, MA, on April 21, 2026.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: /s/ *Annapurna Balakrishna*
ANNAPURNA BALAKRISHNA
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
annapurna.balakrishna@usdoj.gov

Dated: July 14, 2026